| | |
|---|---|
| 1 | Richard M. Heimann (State Bar No. 063607) |
| | Joy A. Kruse (State Bar No. 142799) |
| 2 | LIEFF, CABRASER, HEIMANN |
| |   &amp; BERNSTEIN, LLP |
| 3 | Embarcadero Center West |
| | 275 Battery Street, 30th Floor |
| 4 | San Francisco, CA  94111-3339 |
| | Telephone:  (415) 956-1000 |
| 5 | Facsimile:   (415) 956-1008 |
| | rheimann@lchb.com |
| 6 | jakruse@lchb.com |

*Local Counsel for Plaintiff*

Dennis J. Johnson
James F. Conway, III
Eben F. Duval
JOHNSON & PERKINSON
1690 Williston Road
P.O. Box 2305
South Burlington, VT  05043
Telephone:  (802) 862-0030
Facsimile:   (802) 862-0060
djohnson@jpclasslaw.com
eduval@jpclasslaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRETT JOHNSON, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    v.<br><br>TALEO CORP., MICHAEL GREGOIRE, KATY MURRAY, and DIVESH SISODRAKER,<br><br>            Defendants, | Civil Action No. CV 08 5182 SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Date:    N/A<br>Time:   N/A<br>Court:  Ctrm 1 |

794021.1

NOTICE OF VOLUNTARY DISMISSAL
NO. CV 08-5182-SC

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses the above-captioned action, without prejudice, as to all Defendants. As grounds therefore, Plaintiff states that no Defendant has filed an answer or a motion for summary judgment, and this dismissal will not bind or prejudice any party or member of the putative class.

DATED:  December 19, 2008         Respectfully submitted,

                LIEFF, CABRASER, HEIMANN
                  & BERNSTEIN, LLP

By: ___*s/ Joy A. Kruse*_____

Richard M. Heimann (State Bar No. 063607)
Joy A. Kruse (State Bar No. 142799)
LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Dennis J. Johnson
James F. Conway, III
Eben F. Duval
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

*Attorneys for Plaintiff*

Richard M. Heimann (State Bar No. 063607)
Joy A. Kruse (State Bar No. 142799)
LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
rheimann@lchb.com
jakruse@lchb.com

*Local Counsel for Plaintiff*

Dennis J. Johnson
James F. Conway, III
Eben F. Duval
JOHNSON & PERKINSON
1690 Williston Road
P.O. Box 2305
South Burlington, VT  05043
Telephone:  (802) 862-0030
Facsimile:   (802) 862-0060
djohnson@jpclasslaw.com
eduval@jpclasslaw.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRETT JOHNSON, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br>       v.<br><br>TALEO CORP., MICHAEL GREGOIRE, KATY MURRAY, and DIVESH SISODRAKER,<br><br>              Defendants, | Civil Action No. CV 08 5182 SC<br><br>**PROOF OF SERVICE VIA U.S. MAIL** |

      I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco,

1  California 94111-3339. On December 19, 2008, I served a copy of the within document(s):

2      1.    **NOTICE OF VOLUNTARY DISMISSAL**; and this

3      2.    **PROOF OF SERVICE BY U.S. MAIL**

4  to the persons listed below by placing the document(s) in a sealed envelope for deposit in the

5  United States Postal Service through the regular mail collection process at the law offices of

6  Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 30th Floor, Embarcadero Center

7  West, San Francisco, California 94111-3339, to be served by mail addressed as follows:

> Boris Feldman
> Caz Hashemi
> WILSON SONSINI GOODRICH & ROSATI
> 650 Page Mill Road
> Palo Alto, California 94304
> Telephone: (650) 320-4827
> Facsimile: (650) 493-6811
> chashemi@wsgr.com
>
> Dennis J. Johnson
> James F. Conway, III
> Eben F. Duval
> JOHNSON & PERKINSON
> 1690 Williston Road
> P.O. Box 2305
> South Burlington, VT 05043
> Telephone: (802) 862-0030
> Facsimile: (802) 862-0060
> djohnson@jpclasslaw.com
> eduval@jpclasslaw.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 19, 2008, at San Francisco, California.

_____
Rizalino Altares

794036.1

- 2 -

SHAREHOLDER DERIVATIVE COMPLAINT